NO. 07-08-0341-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 5, 2009

______________________________

BOBBY TOBIAS, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 137
TH
 DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2007-418,384; HON. CECIL G. PURYEAR, PRESIDING

_______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

On Motion to Dismiss

Appellant, Bobby Tobias, filed Notice of Appeal to appeal a judgment of conviction of two counts of aggravated sexual assault and resulting sentence entered against him in the 137
th
 District Court of Lubbock County, Texas.  However, appellant has now filed a motion to dismiss his appeal.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a) and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed.  Having dismissed the appeal at appellant’s request, no motion for rehearing will be entertained and our mandate will issue.

Mackey K. Hancock

Justice

Do not publish.